FILED

SEP 3 0 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SUSAN SADRI,

        Defendant.

Case No. 19 CR 3838-WQH

I N F O R M A T I O N

Title 42, U.S.C., Sec. 1383a(a)(3)
— **Social Security Fraud**

The United States Attorney charges:

Count 1

    From in or around November 2014, and continuing through in or around December 2018, within the Southern District of California, defendant SUSAN SADRI, having knowledge of the occurrence of any event affecting her initial and continued right to any benefit under Title

1  42, Chapter 7, Subchapter XVI of the United States Code, concealed and
2  failed to disclose such event with an intent fraudulently to secure
3  such benefit in a greater amount and quantity than was due and when no
4  such benefit was authorized – that is, Defendant concealed and failed
5  to disclose Defendant's foreign residency from the Social Security
6  Administration knowing her foreign residency would affect her initial
7  and continued right to Supplemental Security Income, all in violation
8  of Title 42, United States Code, Section 1383a(a)(3).

10       DATED: September 30, 2019.

                                        Robert S. Brewer, Jr.
11                                      United States Attorney

13

                                        LISA J. SANNITI
14                                      Special Assistant U.S. Attorney