AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Susan Sadri | ) | |
| | ) | 19CR3838-WQH |
| Defendant | ) | |

FILED
SEP 3 0 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/19/19

_Susan Sadri_
Defendant's signature

_____
Signature of defendant's attorney

_____
Judge's signature